BENJAMIN J. PEARSON, Appellant, *v.* WILLIAM L. REED et al., Respondents.

*Pearson* v. *Reed*, 152 App. Div. 468, affirmed.
(Argued May 6, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered September 21, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action brought by Rodman J. Pearson, legatee, against William L. Reed, remainderman under the will of Peter B. Powers, deceased, to declare his legacy a charge on the real estate.

*Ralph Hickox* for appellant.

*Charles F. Cossum* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.